IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EARLINE SMITH**                                                                                   **PLAINTIFF**

V.                                                                              **NO. 4:20-CV-66-DMB-DAS**

**ANDREW SAUL,**
**Commissioner of Social Security**                                                        **DEFENDANT**

## ORDER

On March 19, 2021, United States Magistrate Judge David A. Sanders issued a Report and Recommendation ("R&R") in this appeal from an unfavorable decision of the Commissioner of Social Security. Doc. #23. The R&R recommends that the decision be remanded as unsupported by substantial evidence. *Id*. at 5. No objections to the R&R were filed within the time allowed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (internal citations omitted) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [23] is **ADOPTED** as the order of the Court and this case is **REMANDED** to the Commissioner.

**SO ORDERED**, this 6th day of April, 2021.

                                                                 /s/Debra M. Brown
                                                                 **UNITED STATES DISTRICT JUDGE**